UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 10, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-mj-00115-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| MARIBEL MARTINEZ, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MARIBEL MARTINEZ, Case No. 2:13-mj-00115-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of: $75,000.00.

    __X__ Co-Signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

    __X__ (Other) Conditions as stated on the record.

    __X__ (Other) The bond paperwork to be filed by 4/17/2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 4/10/2013 at 4-10-13 4:02 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge