Jesse Ortiz (SBN 176450)
Nolan Berggren (SBN 293248)
jesse@jesseortizlaw.com
**Jesse Ortiz** Law
980 9th Street, Ste. 340
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:   (916) 443-9501

Attorney for Defendant
MARIBEL MARTINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:13-cr-00144-JAM-6 |
| ) Plaintiff, ) | **STIPULATION AND ORDER TO RELEASE PASSPORT** |
| v. ) | |
| JASON SCHROEDER, et al., ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, UNITED STATES OF AMERICA, and its attorney of record, Jared C. Dolan, Assistant United States Attorney; and Defendant, MARIBEL MARTINEZ, and her attorney of record, Jesse Ortiz, that Defendant MARIBEL MARTINEZ's passport in the possession of Pretrial Services shall be released to MARIBEL MARTINEZ forthwith.

**SO STIPULATED.**

Dated: January 26, 2016      /s/ Jesse Ortiz
                             Jesse Ortiz
                             **Jesse Ortiz** Law
                             Attorney for Defendant

Dated: January 26, 2016      /s/ Jared Dolan
                             Jared C. Dolan
                             Assistant United States Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that Defendant Maribel Martinez's passport shall be released to her forthwith.

DATED: January 26, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE