BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIBEL MARTINEZ,<br><br>Defendant. | 2:13-cr-144 JAM<br><br>ORDER GRANTING MOTION TO DISMISS |

The government's motion to dismiss the indictment as to Maribel Martinez pursuant to the Pretrial Diversion Agreement is GRANTED. The indictment against Maribel Martinez is DISMISSED.

IT IS SO ORDERED

Dated: 1-27-2016

The Honorable John A. Mendez
UNITED STATES DISTRICT JUDGE